```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797
 5
 6
                 IN THE UNITED STATES DISTRICT COURT
 7
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
10  UNITED STATES OF AMERICA,     )
                                  )
11            Plaintiff,          )   CR. No. S-05-0433 WBS
                                  )
12       v.                       )
                                  )   MOTION TO DISMISS INDICTMENT
13  SALVADOR CHACON-MACIAS,       )   and [PROPOSED] ORDER
                                  )   DISMISSING INDICTMENT
14            Defendant.          )
    _____)
15
```

     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, requests that, in the interest of justice, this Honorable Court dismiss without prejudice the indictment against Salvador Chacon-Macias, filed on October 13, 2005, in CR. No. S-05-0433 WBS.

///
///
///
///
///
///
///

1

1      The two-count indictment charges violations of 18 U.S.C. 1542
2 and 18 U.S.C. 911.  The defendant does not oppose this motion.

4 DATED: July 7, 2005                    McGREGOR W. SCOTT
                                         United States Attorney


7                                    By  /s/ Michael M. Beckwith
                                         MICHAEL M. BECKWITH
8                                        Assistant U.S. Attorney



11                              O R D E R

12
APPROVED AND SO ORDERED:

15 DATED: November 10, 2005

                         _____
17                       WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE